UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BAMIDELE ELVIS OGUNRINOLA,<br><br>Defendant. | Case No. 1:19-cr-00400-DCN<br><br>**ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL** |

The Court has before it Defendant's Unopposed Motion to Continue Trial Readiness Conference and Trial. Dkt. 17. Defense counsel explains that she needs additional time to complete the application and go through the process for pre-trial diversion. The Government does not oppose the motion.

Under these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

The statements of defense counsel establish that the trial should be continued for a period of 90 days. The Court finds that the period of time between the present trial date and the new trial date is excludable time under the Speedy Trial Act.

ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL - 1

Accordingly, IT IS HEREBY ORDERED that the Unopposed Motion to Continue Trial Readiness Conference and Trial (Dkt. 17) shall be, and the same is hereby **GRANTED**, and that the present trial date be VACATED, and that a new trial be set for **September 14, 2020, at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **September 1, 2020, at 4:00 p.m. (mountain time).** The Government shall place the call to (208) 478-8391 with opposing counsel on the line.

IT IS FURTHER ORDERED that all pretrial motions, except Motions in Limine, shall be filed on or before **July 31, 2020.** Motions in Limine shall be filed on or before **August 15, 2020**.

DATED: June 9, 2020

David C. Nye
Chief U.S. District Court Judge